```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ALEXIS GOODING,                          :     20cv1885(DLC)
                                         :
                         Plaintiff,      :     ORDER OF
                                         :     DISCONTINUANCE
            -v-                          :
                                         :
THE CITY OF NEW YORK, POLICE OFFICER     :
KYEL CREVATAS, JOHN DOES #1-4,           :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **February 12, 2021**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          January 13, 2021

                                         _____
                                        DENISE COTE
                                        United States District Judge